IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-00482-ADC |
| GELSON ADRIAN DE LA CRUZ-NOLBERTO, *(aka Edwin Antonio Reyes)* Defendant. | VIOLATION: 8 U.S.C. § 1326(a) & (b)(1) (ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Re-entry of Removed Alien**
**(Title 8, *United States Code*, Section 1326(a) and (b)(1))**

On or about November 8, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**GELSON ADRIAN DE LA CRUZ-NOLBERTO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after a felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a) and (b)(1).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Foreperson
Dated: 11-18-2025

_____
Manuel Muñiz-Lorenzi
Assistant United States Attorney